IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN T. KUTZER,

        Plaintiff,                    No. CIV S-07-1961 LKK DAD P

    vs.

R.J. SUBIA,

        Defendant.               ORDER

                                  /

        Plaintiff, a state prisoner at Mule Creek State Prison, has filed a document styled "Motion for Court Order to Conditionally Release Movant Immediately from Custody Due to Severe Prison Overcrowding." Plaintiff has also filed a request for sanctions against R.J. Subia for not filing or serving an opposition to his motion. Plaintiff has filed no other pleadings.

        In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee ($350.00) or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting relief until an action has been properly commenced. Therefore, plaintiff's pending motion and request will be denied. However, the court will provide plaintiff with the opportunity to file his complaint, and to submit

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's September 18, 2007 motion for conditional release is denied;

2. Plaintiff's October 12, 2007 request for sanctions is denied;

3. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

4. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action and the application to proceed in forma pauperis by a prisoner.

DATED: February 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
kutz1961.noc